United States District Court
Southern District of Texas
**ENTERED**
July 16, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JORCOREY McGEE | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 24-4496 |
| | § | |
| GEICO MUTUAL INSURANCE CO. | § | |

## ORDER

Before the Court is the Memorandum and Recommendation (Doc. No. 17) recommending dismissal of this case without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. No objections to the Memorandum and Recommendation were filed and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion. Although given ample opportunity to effect service upon Defendant, Plaintiff failed to do so. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 17) is **ADOPTED** and this case is **DISMISSED** without prejudice.

SIGNED this 15th day of July 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE